# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LINDA S. JOHNSON**                                                                               **PLAINTIFF**

v.                                         **4:09-CV-00193-WRW**

**HARTFORD LIFE AND ACCIDENT**                                 **DEFENDANTS**
**INSURANCE COMPANY,** *et al.*

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 17). The parties agree that all pending motions may be denied as moot, and that this case may be dismissed with prejudice, with each party bearing its own fees and costs. Accordingly, all pending motions in this case are DENIED as MOOT. This case is dismissed with prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED this 25th day of August, 2009.


                                                        /s/ Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE